**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6987**

———————

ABDIYYAH BEN ALKEBULANYAHH,

            Plaintiff - Appellant,

      v.

CAPTAIN THIERRY NETTLES, Captain; GUARD JAMES SMITH, No
040635; WARDEN WAYNE MCCABE; LIEUTENANT K. ARENS,

            Defendants – Appellees,

      and

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

            Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Margaret B. Seymour, District
Judge.  (6:10-cv-02976-MBS)

———————

Submitted:  November 15, 2011      Decided:  November 18, 2011

———————

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Abdiyyah ben Alkebulanyahh, Appellant Pro Se.  Andrew Lindemann,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdiyyah ben Alkebulanyahh appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Alkebulanyahh v. Nettles</u>, No. 6:10-cv-02976-MBS (D.S.C. July 13, 2011). We deny Alkebulanyahh's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>